# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30233

United States Court of Appeals
Fifth Circuit

**FILED**

September 6, 2018

Lyle W. Cayce
Clerk

CLAY LANDIS RIGGS,

Plaintiff−Appellant,

versus

CRAWFORD JORDAN; SHERIFFS DEPARTMENT WINN PARISH;
JACKSON PARISH CORRECTIONAL CENTER; HERMAN CASSTETE;
KEITH GATES; STATE OF LOUISIANA;
8TH JUDICIAL DISTRICT COURT;
JUDGE 8TH JUDICIAL DISTRICT COURT; TIMMY DUCOTE;
ROBERT BANNON; JEREMY UNDERWOOD; JUDGE UNKNOWN DERR;
STEVEN D. CREWS; R. CHRISTOPHER NEVILS; JUSTIN KEITH GATES,

Defendants−Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
No. 3:17-CV-473

No. 18-30233

Before SMITH, HIGGINSON, and DUNCAN, Circuit Judges.

PER CURIAM:*

Clay Riggs moves to proceed *in forma pauperis* ("IFP") on appeal of the partial judgment dismissing his claims against certain defendants. We do not have jurisdiction to review the partial judgment. *See Brown v. Miss. Valley State Univ.*, 311 F.3d 328, 331 (5th Cir. 2002). Accordingly, the appeal is DISMISSED for want of jurisdiction, and the motion to proceed IFP is DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.